LOUIS I. LUTES, Respondent, v. ISIDORE I. ROSENSTEIN, Appellant.— Judgment and order affirmed, with costs. All concur.

MARY L. GRANT, Respondent, v. NEW YORK STATE RAILWAYS, Appellant. — Judgment and order reversed, with costs, and complaint dismissed, with costs. Held, that the evidence was insufficient to make out a cause of action for nuisance or negligence. All concur, except Hubbs, J., who dissents and votes for affirmance.

SHERRILL BABCOCK, Respondent, v. SPENCER ALDRICH, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur.

JOSEPH STERNBERG, Appellant, v. CHARLES STEVENS and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS E. RYAN, Appellant.— Judgment of conviction and order affirmed. All concur.

ABNER H. LAMB, and Another, Respondents, v. FLOYD LOOKER, Appellant. — Judgment affirmed, with costs. All concur.

CLARENCE E. ROGERS, Respondent, v. MARION B. ROGERS, Appellant.— Interlocutory judgment and order affirmed, without costs. All concur.

CHARLES E. GROAT, Respondent, v. GEORGE A. ADAMS, Appellant.— Judgment and order affirmed, with costs. All concur.

JOHN C. KNICKERBOCKER, Appellant, v. THE PRESS PUBLISHING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to plead over within twenty days upon payment of the costs of the motion and of this appeal. All concur.

CAROLINE WILKS, as Administratrix, etc., of JOSEPH WILKS, Deceased, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of the Estate of JAMES D. LOCKWOOD, Deceased.— Motion granted, to amend order of affirmance so as to allow full bill of costs to respondent.

In the Matter of the Estate of WILDER E. SUMNER, Deceased.— Motion granted, to amend order of affirmance so as to allow full bill of costs to respondent.

In the Matter of the Intermediate Judicial Settlement of the Accounts of JOHN T. MOTT and DAVID P. MOREHOUSE, as Executors, etc., of WARDWELL G. ROBINSON, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.